AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

19 SEP 19 PM 1:09

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT PADILLA,<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 19-3113 JB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROBERT PADILLA**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy;
Count 9: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide;
Counts 14, 17, 18, 19, and 21: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Cocaine;
Count 20: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 280 Grams and More of Cocaine Base;
Count 22: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 28 Grams and More of Cocaine Base.

Date: 09/11/2019

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-12-2019, and the person was arrested on *(date)* 9-19-2019
at *(city and state)* Albuquerque, NM.

Date: 9-19-2019

_____ A31487
*Arresting officer's signature*

DUSM Joshua Marreel
*Printed name and title*