# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-3113 JB | UNITED STATES vs. PADILLA | |
| Hearing Date: | 9/23/2019 | Time In and Out: | 2:43 pm - 4:37 pm |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Robert Padilla | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA | Robert Goldaris & Kristopher Houghton | Pretrial/Probation: | A. Urias |
| Interpreter: | | S/A Chis Nielsen, DEA & S/A Bryan Acee, FBI | |

## PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: October 15, 2019
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ USA-direct of S/A; Romero-cross of S/A; Court-findings