# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.**   19-CR-3113                **DATE:** January 9, 2020

**TITLE:** USA v Padilla, et al.

**COURTROOM CLERK:** J. Wright          **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 8:30AM-9:23AM    **TOTAL TIME:** 53 MINUTES

**TYPE OF PROCEEDING:** SCHEDULING CONFERENCE

**COURT RULING:** COURT RESETS FOR FEBRUARY 13, 2020 AT 1:30 PM

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Kristopher Houghton
Robert Goldaris

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Brittany Schaeffer
Wayne Baker
Thomas Clark
Diego Esquibel
Gregory Acton
Charles Knoblauch
Phillip Sapien
Michael Davis
Jennifer Wernersbach

**PROCEEDINGS:**

8:30AM   COURT IN SESSION; COUNSEL ENTER APPEARANCES; DEFENDANTS APPEAR BOTH IN CUSTODY AND OUT OF CUSTODY; MARCOS RUIZ REMAINS A FUGITIVE. MR. FISCHER DOES NOT APPEAR FOR AMANDA SILVA.

8:35AM   MR. HOUGHTON STATE IT WILL TAKE ABOUT 3 MORE WEEKS TO FINISH DISCLOSURE.

8:40AM   DEFENSE RESPONDS TO DISCLOSURE FROM MR. ELLIS AND THE FACT THAT DUE TO THE ISSUE OF NOT HAVING ALL THE INFORMATION, THEY DO NOT FEEL CONFIDENT IN GIVING THE COURT ANY DATES FOR THE SCHEDULING ORDER.

8:57AM   DEFENSE ADVISES THE COURT THAT THE TABLETS FOR DEFENDANTS HAVE NOT BEEN

EFFECTUATED AND IS DELAYING DEFENSE WORKING WITH CLIENTS.

8:58AM    MR. HOUGHTON ADVISES THE COURT ABOUT THE DETAILS OF THE FOUR WIRE TAPS THAT ARE BEING DISCLOSED.

9:00AM    COURT SET 2-12-20 AT 1:30PM FOR ANOTHER SCHEDULING CONFERENCE.

9:05AM    COURT EXCUSES GOVERNMENT SO THAT DEFENSE ATTORNEYS CAN VISIT WITH THEIR CLIENTS WHILE WAITING FOR MR. ROBERT.

9:11AM    COURT SEALS THE COURTROOOM FOR "CJA MEETING".

9:12AM    MR. ROBERT APPEARS TO ADDRESS THE TABLET INFORMATION AND OTHER ISSUES CONFRONTING THE DEFENDANTS.

9:22AM    GOVERNMENT HAS NOTHING FURTHER; DEFENSE HAS NOTHING FURTHER.

9:23AM    COURT IN RECESS.

.