# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-CR-3113 JB |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT PADILLA**, a.k.a "Fat Head," ) | |
| **ROSE ANN ROMERO**, ) | |
| **JOHNATHAN VIGIL**, a.k.a "Lil John," ) | |
| **ROBERT HOCKMAN**, a.k.a "Tony," ) | |
| **MARCOS RUIZ**, a.k.a "Mark," ) | |
| **LUIS SANCHEZ**, a.k.a "Payaso," ) | |
| **ASHLEY ROMERO**, ) | |
| **TOMAS SANCHEZ**, a.k.a "T.J.," ) | |
| **AMANDA AILVA**, ) | |
| **SERGIO VALDEZ**, ) | |
| **GENEVIVE ATENCIO**, and ) | |
| **JANAYA ATENCIO**, ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO ADOPT STIPULATED SCHEDULING ORDER**

The parties request that the Court adopt the Stipulated Scheduling Order and state the following:

1. This case has been declared complex by this court.

2. The parties have conferred and stipulated to the imposition of certain deadlines.

3. The Proposed Scheduling Order setting forth the stipulated deadlines has been submitted to the Court for approval.

Respectfully submitted by:

JOHN C. ANDERSON
United States Attorney

*Filed Electronically 3/24/2020*
ELAINE Y. RAMIREZ
Assistant U.S. Attorney

I hereby certify that the foregoing Pleading has been filed electronically on March 24, 2020, which caused it to be served on counsel of record.

*Signed 3/24/2020*
ELAINE Y. RAMIREZ
Assistant U.S. Attorney