IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        NO.: CR-19-CR-3113-JB

ROBERT PADILLA, a.k.a. "Fat Head,"
ROSE ANN ROMERO,
JOHNATHAN VIGIL, a.k.a. "Lil John,"
ROBERT HOCKMAN, a.k.a. "Tony,"
MARCOS RUIZ, a.k.a. "Mark,"
LUIS SANCHEZ, a.k.a. "Payaso,"
ASHLEY ROMERO,
TOMAS SANCHEZ, a.k.a. "T.J.,"
AMANDA SILVA,
SERGIO VALDEZ,
GENEVIVE ATENCIO, and
JANAYA ATENCIO,

        Defendants.

## SCHEDULING ORDER

The parties' request that the Court impose the following deadlines:

| | |
|---|---|
| 2/28/2020 | Completion of Rule 16 discovery by government (except for the government's continuing duty to disclose). |
| 5/29/2020 | Reciprocal Rule 16 discovery by defendants (except for the defendants' continuing duty to disclose); Fed. R. Crim. P. 16 discovery motions. |
| 6/12/2020 | Responses to Fed. R. Crim. P. 16 discovery motions. |
| 6/26/2020 | Replies to responses to Fed. R. Crim. P. 16 discovery motions. |
| 7/2/2020 at 8:30a | Hearing on Discovery Motions, if needed. |
| 7/10/2020 | Notices of defenses pursuant to Fed. R. Crim. P. 12.1-12.3. |

| 7/24/2020 | Fed. R. Crim. P. 12 pretrial motions; Rule 14 motions to sever; Responses to notices of defenses; Motion for *James* and Co-conspirator statement disclosure.[1] |
| 8/7/2020 | Responses to Fed. R. Crim. P. 12 pretrial; Responses to Rule 14 motions to sever; Responses to *James* and co-conspirator statement disclosures, subject to the 10-day joinder agreement. |
| 8/21/2020 | Replies to responses to Rule 12 pretrial motions, to Rule 14 motions to sever, and to *James* and co-conspirator statement disclosures. |
| 8/24-25/2020 at 8:30 am | Hearing on Pretrial Motions, if needed |
| 9/4/2020 | Government's expert witness notices and reports. |
| 9/18/2020 | Defense expert witness notices and reports, subject to the 10-day joinder agreement. |
| 10/2/2020 | Objections to expert witness notices and *Daubert* Motions, subject to the 10-day joinder agreement. |
| 10/16/2020 | Replies to expert witness objections and Responses to *Daubert* Motions |
| 10/30/2020 | Replies to *Daubert* motions. |
| 11/2-3/2020 at 8:30 am | Hearing on *Daubert* motions, if needed. |
| 11/30/2020 | Motions in *Limine*, Fed. R. Evid 404(b), subject to the 10-day joinder agreement. |
| 12/14/2020 | Responses to motions *in limine* & 404(b). |
| 12/28/2020 | Replies to motions *in limine* & 404(b). |
| 1/4/2021 at 8:30 am | Hearing on motions in *limine* & 404(b), if any. |
| 1/25/2021 | Disclosure of exhibit and witness lists; Jencks Act disclosures. |
| 2/1/2021 | Exhibit and witness binders delivered to the Court. |
| 2/8/2021 | Objections to exhibit and witness lists. |
| 3/8/2021 | Jury Instructions; proposed *voir dire*; and stipulations. |

---

[1] The parties agree that all defendants should have 10 days from the date of filing of a motion by any defendant to decide whether to join in that motion. If a defendant decides to join in another defendant=s motion, the joining defendant should file a notice of joinder within 10 days of the filing of the motion to be joined, including in the notice of joinder any factual or legal argument that is specific to the joining defendant and specifying the relief sought by the joining defendant. The government should be allowed to file one omnibus response to motions that have been joined by other defendants. The government=s time for responding should begin to run on the tenth day after the original motion is filed.

| 3/22/2021 | Objections to jury instructions and proposed *voir dire*. |
| 4/5/2021 at 8:30a | Pre-Trial Conference |
| 4/19/2021 | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Albuquerque, New Mexico. |

The court further orders that the United States shall continually make available discovery on an ongoing basis and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 10 (1972) and the Jencks Act, 18 U.S.C. § 3500, unless disclosure is otherwise required herein.

The court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE