UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   19-CR-3113-JB              **DATE:**  April 29, 2020

**TITLE:**   *USA v Padilla*

**COURTROOM CLERK:**  J. Wright          **COURT REPORTER:**   R. Brazil

**COURT IN SESSION:**   8:25AM-10:38AM   **TOTAL TIME:**  2 HOURS; 23 MINUTES

**TYPE OF PROCEEDING:**  MOTION to Detain *Motion to End Unconstitutional Conditions of Confinement* [208]

**COURT RULING:**       INCLINED TO DECLINE. COURT WILL WRITE AN OPINION.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**       **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Robert Goldaris                                Joe Romero

**PROCEEDINGS:**

8:25AM    COURT IN SESSION; COUNSEL ENTER THEIR APPEARANCES; DEFENDANT APPEARS IN CUSTODY.

8:31AM    DEFENSE ARGUES HIS MOTION.

8:59AM    GOVERNMENT REBUTS.

9:08AM    GOVERNMENT PLAYS TELEPHONE CALLS.

9:39AM    GOVERNMENT CALLS DEPUTY GARY M<sup>C</sup>COY, USMS TO THE STAND; WITNESS SWORN. GOVERNMENT BEGINS EXAMINATION.

9:48AM    DEFENSE CROSS-EXAMINES

10:01AM   COURT BREAKS AND STANDS IN RECESS; WITNESS REMAINS UNDER OATH.

10:17AM   COURT RESUMES; GOVERNMENT RE-EXAMINES.

10:23AM   COLLOQUY CONTINUES.

10:24AM WITNESS RELEASED.

10:24AM GOVERNMENT FINISHES THEIR REBUTTAL.

10:31AM MR. ROMERO REBUTS

10:38AM COURT IS INCLINED TO DECLINE THE MOTION ALONG THE LINES OF *FOLSE*. COURT ACKNOWLEDGES DIFFICULTIES REGARDING THE CURRENT CONDITIONS OUT AT CIBOLA COUNTY AND ADVISES THAT MR. ROBERT FROM AUSA PROVIDED AN EMAIL UPDATE REGARDING COMPUTERS WHICH READY FOR DELIVERY NEXT WEEK. COURT BELIEVES THE CONDITIONS IMPOSED ON MR. PADILLA IS NOT ANY DIFFERENT THAN OTHER DEFENDANTS IN THE CASE. COURT INQUIRES IF THE DEFENDANT WISHES TO OPEN A *BIVENS* ACTION AGAINST THE FACILITY OR USMS.

10:43AM DEFENSE STATES THEY WILL FILE A SEPARATE *BIVENS* ACTION.

10:46AM GOVERNMENT ASKS FOR TIME TO FILE A RESPONSE; COURT GRANTS.

10:48AM COUNSEL HAVE NOTHING FURTHER; COURT STANDS IN RECESS.

.