IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                       Cause No.   19-CR-3113-JB

**ROBERT PADILLA,**

        Defendant.

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE

**THIS MATTER** having come before the Court upon the Government's Motion to Extend Time to File Responses to Defendant Robert Padilla's Discovery Motions until August 20, 2020 (Doc. 260), and the Court having considered the reasons set forth in the motion and being otherwise fully advised, **FINDS**: the motion is well taken and should be **GRANTED**.

**IT IS ORDERED** that the United States' Motion to Extend Time to File Responses to the defendant Robert Padilla's Discovery Motions (Docs. 240, 241 and 242) until August 20, 2020, is hereby granted.

_____
UNITED STATES DISTRICT JUDGE