

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Robert Padilla
*Defendant*

Case No. 19-CR-03113 JB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Robert Padilla, Defendant, understand that I am scheduled for a motions hearing on March 30, 2021.
*nature of hearing*      *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 3/29/2021

*Defendant's signature*

*Signature of defendant's attorney*
Joe M. Romero, Jr.
*Printed name of defendant's attorney*
joe@romeroandwinder.com
*Defendant's attorney's e-mail address*