IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                        No. 19-CR-03113-JB

**ROBERT PADILLA, et al.,**

        **Defendants.**

### NOTICE OF REMOTE APPEARANCE AT HEARING

COMES NOW Defendant Robert Padilla, by and through counsel of record, Romero & Winder, PC (Joe M. Romero, Jr.), hereby provides notice to the Court of his intent along with counsel to attend the Omnibus Motion hearing set on March 30, 2021 at 1:30 p.m. by Zoom. A separate signed waiver of personal appearance for Mr. Padilla, who is currently detained at the Luna County Detention Center, shall be submitted.

                      Respectfully Submitted

                      ROMERO & WINDER, P.C.

By:   /s/ *"Electronically filed" 3/29/2021*
        Joe M. Romero, Jr.
        Attorney for Defendant Padilla
        P.O. Box 25543
        Albuquerque, NM 87125
        (505) 843-9776
        joe@romeroandwinder.com

This will certify that a true and correct copy of the foregoing was delivered via the Court's electronic filing system to counsel for the government and counsel for all co-defendants on the date indicated in the court-affixed header.

/s/ *"Electronically Filed"*
Joe M. Romero, Jr.