IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Criminal No. 19-03113-JB |
| ROBERT PADILLA, et al, | ) ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

The United States of America notifies the Court that Rachel Eagle, Assistant United States Attorney, enters her appearance as co-counsel for the United States in the above-captioned case. Assistant United States Attorney Elaine Y. Ramirez will remain as lead counsel for the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Rachel Eagle and Elaine Y. Ramirez, Assistant United States Attorneys.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed April 12, 2023*
RACHEL EAGLE
Assistant United States Attorney
Post Office Box 607
Albuquerque, NM   87103
(505) 346-7274

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

         */s/*
Rachel Eagle
Assistant United States Attorney