IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CR No. 19-CR-3113 JB |
| ROBERT PADILLA, | ) ) | |
| Defendant. | ) ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME

The United States of America moves the Court for leave to file the attached response and exhibits out of time. As grounds, the United States submits:

1. On September 1, 2021, Defendant filed a motion for recusal. Doc. 546. Following a request for a stay of the proceedings, on August 1, 2023, Defense counsel emailed the Court requesting that the stay be lifted, and a hearing be reset. Doc. 801.

2. The United States requested that the Court grant it an additional one week time, to August 22, 2023, to respond to Defendant's motion to recuse, Doc. 802, but as of the date of this filing, no order has been entered.

3. Counsel for the United States had a computer issue that prevented the timely filing of the attached response and exhibits. Therefore, the government now files this motion for permission to file out of time.

4. Counsel for Defendant, Joe Romero, does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant leave for the United States to file its attached Response and Exhibits out of time.

Respectfully submitted,

ALEXANDER M.M.UBALLEZ
United States Attorney

*Electronically filed on 8/23/2023*
ELAINE Y. RAMÍREZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico   87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to opposing counsel of record.

     *Filed Electronically*
ELAINE Y. RAMIREZ
Assistant United States Attorney