UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD, N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285



JAMES O. BROWNING
District Judge

July 28, 2023

Marc H. Robert
P.O. Box 25271
Albuquerque, NM 87125

Ronald Gainor
10722 Ashford Circle
Highlands Ranch, CO 80126

Jane Greek
P.O. Box 15191
Las Cruces, NM 88004

Jose R. Coronado
125 W. Griggs Avenue
Las Cruces, NM 88001

Maria Y. Armijo
Randy M. Castellano
Ryan Ellison
United States Attorney's Office
200 N. Church Street
Las Cruces, NM 88001

    Re:    Defendant Robert Padilla's Motion for Recusal, Filed July 17, 2023
           (Doc. 103), in United States v. Padilla, et al., No. 22-CR-0634 JB

Counsel:

    Given Defendant Robert Padilla's recently filed Motion for Recusal, filed July 17, 2023 (Doc. 103), I want to bring everyone up to date with recent information so that everyone has the same information and can make informed decisions whether I should remain on the case.

    While I was in Berkeley, California, at an intellectual property seminar from Tuesday, May 23, 2023, to Friday, May 26, 2023, I received two calls from Deputy United States Marshal Sergio Hermosillo. In the first call, Deputy Hermosillo said that the U.S. Marshals tip line had received a call saying that the old threat against me (and perhaps others) was back on. I do not know if Deputy Hermosillo told me the tipster's name, but I have learned that it is Phillip Garcia. The



July 28, 2023
Page 2

Marshals tried to talk to Mr. Garcia, but he wanted to talk only to FBI Special Agent Bryan Acee. At some point, in the first call or the second call, Deputy Hermosillo told me that Agent Acee was out of town. To my knowledge, Agent Acee still has not talked to Mr. Garcia.

My memory is that, in the second call that week, Deputy Hermosillo told me that they consider this tip an inactive threat. Deputy Hermosillo has relayed that Agent Acee believes Mr. Garcia may not be truthful on this issue, but the Court has re-viewed the Presentence Report for Mr. Garcia, filed June 24, 2016 (Doc. 94), in United States v. Garcia, No. 07-CR-0788 JB, and does not see any indication of mental health issues for Mr. Garcia. No one has implemented any additional security measures as a result of this tip.

I attach a letter from Mr. Garcia to me (postmarked February 17, 2021), filed March 10, 2021 (Doc. 195), in United States v. Garcia, No. 07-CR-0788 JB. I read the letter, as initialed with month and date in the lower right-hand corner, but it was not clear to me that he was talking about me. In any case, you can judge what his statements mean.

Also attached is a second letter that Mr. Garcia recently sent to me (postmarked June 7, 2023), filed June 9, 2023 (Doc. 225), in United States v. Garcia, No. 07-CR-0788 JB. I am not sure I saw the letter until the last couple of weeks; when the letter came in to the case administrator, it was filed under seal, because Mr. Garcia's attorney had asked that similar letters be filed under seal.

While everyone will need to judge for himself or herself, my opinion is that Mr. Garcia's tips about the alleged threats are not credible. While the U.S. Marshals have to take all threats seriously and investigate, they have not asked me to take any special precautions, and I do not, on my own, take any special precautions. My understanding is that Mr. Garcia has a brother in federal custody in California, and my impression is that he thinks Agent Acee can help his brother. That Mr. Garcia wants to talk to Agent Acee and not to the U.S. Marshals suggests to me that Mr. Garcia is more interested in helping his brother than helping protect me or anybody else. This revival of his old rumor is a ploy to get to talk to Agent Acee. I do not think Mr. Padilla has threatened to kill me or has wanted to kill me.

Let me know if anyone needs or wants more information from me.

Best regards,

James O. Browning
United States District Judge

court date.

To: Honorable James O. Browning
AUSA David Walsh
From: Phillip Angel Garcia

Rec'd
3/4/2021
RAB
3/9/21

This correspondence in regards to my current situation, which includes my cooperation with the United States on several issues, but most important my cooperation in a murder of a government informant, which was a assassination called upon by the Syndicato de Nuevo Mexico. This same group of Terrorist have now targeted a USA prosecutor and a FBI special agent.

I understand that at this moment it is essential that I stay alive long enough to testify in the assassination of Leroy Lucero, to which Robert Corbin Padilla and Gary Coca carried out the assassination for the SNM.

The purpose for this letter is to notify the court, the United States Atty and all agencies, more specific the FBI and the DEA that after my completion of testimony in the murder case, I wish to continue to aid both the FBI and DEA in the fight against gangs and heavy drug movement.

I have now laid out a career of gangs, drugs, violence and prison. The last 26 years I have been in a correctional facility or prison environment. Thru out these 26 years, just as your honor is a Genius at your job, and the prosecutor a expert in his field, I have also observed every aspect of gang, drugs and

RAB 3/7/21

2

prison. I can get to places not even the best of the best Under cover Agent can get, with my record, my appearance, just my natural movements and speech. I'm at the end of my sentence for the crimes I have committed and with my testimony my Federal sentence expires.

But in all honesty, I have 11 felony convictions, most violent offenses, and point blank its very very doughtful I can land a career at my age and record that I will be successful at.

I have many talents, but what I know most in life is the criminal aspect of life. I dont say this with pride, but just honesty. With the knowledge and understanding of the law I can be a very very productive informant both for the FBI and the DEA, not only here in NM but nation wide. With my appearance and natural speech I can get into impossible places no Agent can.

Im may sound strange but I take pride knowing that I am taking part in dismanteling the SNM and detouring the plot to murder/assault guverment officals.

As I stated, we have our deel with the guvernment and my testimony on the instant case and after I have no criminal matters pending, and with that I can work as a informant, which is

3

what I am asking to be considered for.
In all honesty, 26 years of prison and being involved in gangs and drugs since a very young age there is not much I dont know about the lifestyle.

I understand that at this moment I must stay alive long enough to testify on the Lucero murder, and I dont make believe I can save or change the world, but I can make a huge difference and use what Satan has used for bad and turn it into good.

There is not one single thing I can say I have done right in my life, but being a CI, I know I can help the government in a extreme way. I plan on also writing a book about my entire life, to include a book that I hope can be used in every penal institution for officers both old and new can equal out the force in corrections. Again 26 years in prison, there is not much I dont know about prison. I thank you for your time and help in this matter.

Respectfully,

Khely Garcia

Correctional Facility _Mckinley County_
Inmate Name _Quile Garcia_
Address _535 Boardman_
City/State/Zip _Gallup, NM 87301_

LEGAL
MAIL

clean
cm) scr
3/9/21

ALBUQUERQUE NM 870
17 FEB 2021 PM 3 FOREVER USA
Barn Swallow

United States Federal Courthouse
Honorable James O. Browning
333 Lomas Blvd NW
Albuq, New Mexico
87102

87102-220560

07cr788 JB

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 09 2023

MITCHELL R. ELFERS
CLERK

To Honorable Judge James O. Browning
From Phillip Angel Garcia 40092-051

Honorable Judge Browning,

Sir please be Advised I Have Now Taken The Steps Of Notifying The USMS And The FBI As Once Again The SNM And Certain Other Members Are Plotting Against Federal Authorities As Yet Again More RICO Cases Have Been mounted.

I Previously Advised My Lawyer at The Time Susan Burgess FARELL That The Government and Authorities were Mistaken If They Believed The SNM were Defunct. I Provided Jesse Young "LOBO", Ike Young and "Panfillos" Name As The Up and Coming Members To Take Charge.

Unfortunately My Information Was Halted As The Bureau decided My Help Was No Longer Needed Because I messed Up And Disclosed To Certain Members OF My Family OF My Cooperation With The FBI.

I Now know A Justina Garcia

2

whom Is From Las Vegas New Mexico And was involved With Robert Corbin Padilla, Is The Family member whom disclosed this To Robert Padilla. She Is Married To My Cousin Brandon Garcia. This female must Be Brought To Authorities Attention As She Is One Involved With Robert Padilla And Is The Route of Roberts continued crimes.

A Johnathan Padilla, whom Is The Family Member of Robert Padilla, whom Is The Ace Witness In my pending Case, Has Fabricated This Case Against Me, Saying I Had A Firearm And Bullet Proof Vest.

I was Contacted By Robert Padilla my Brother, whom Is In The FBOP was Threatened IF I Do Not Recant my statements In Regards To The Murder case of "Leroy Lucero" AKA Smurf And they wish my involvement In helping them In plans To pursue their relentless efforts To Harm Government officals.

AT First I took things just As, iF I Dont Recant, I will Be

3

Falsly convicted, which I am not stressing as video footage clearly shows I never had Body Armor nor a weapon, Jhonatan Padilla, on Roberts orders set me up.

But I was In communication with Several FBOP Inmates whom confiermed The SNM plans. Raul Leon "Huero" "Sherm", Big Joe and Big Al confiermed the SNM is again plotting. And Robert Padilla said He wanted another Informant murdered, To Be shot with a 227 Rifle just as "Smurf" was assasinated.

So Judge Browning I am informing you As the Young Brothers and there crew Are Awaiting RICO cases In front of You, precaution should be well well taken And as I learn more I will immediatly disclose to The FBI.

Again for my cooperation, I ask Nothing In Return, except As the First Time, I was not believed at first, And I wish for All The facts come To Light About Robert Padilla's family member Johnathan Padilla setting me up

on my open case. Thank You For Your Time And your Help.

Respectfully,

*[signature]*

Phillip Garcia
100 Deputy Dean Mesa SW
Albuq, NM 87151

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 09 2023
MITCHELL R. ELFERS
CLERK

United States District Court
Honorable James O. Browning
333 Lomas
Albuq, NM 87102



87102-2227470