IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 4 2023

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Cr. No. 19-CR-3113 JB |
| ROBERT PADILLA, | ) ) ) | |
| Defendant. | ) | |

UNOPPOSED NUNC PRO TUNC ORDER FOR ADDITIONAL TIME
TO RESPOND TO DEFENDANT=S MOTION

THIS MATTER having come before the Court on the unopposed motion of the United States, and the Court being otherwise fully advised in the premises, finds that the motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the United States= response to Defendant's motion to recuse (Doc.546), is due on August 22, 2023.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Submitted by:
Elaine Y Ramirez
Assistant U.S. Attorney