IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. <u>19-CR-3113-JB</u> |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT PADILLA, et al.,** ) | |
| ) | |
| Defendants. ) | |

<u>NOTICE OF ENTRY OF APPEARANCE</u>

    The United States of America notifies the Court that RYAN ELLISON, Assistant United States Attorney, hereby enters his appearance as co-counsel on behalf of the United States.

    The United States requests that all notices, pleadings and correspondence regarding this case also be delivered to the attention of RYAN ELLISON.

    Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/   Electronically Filed 1/17/24*
RYAN ELLISON
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/   Electronically Filed 1/17/24*
RYAN ELLISON
Assistant U.S. Attorney