IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,        ) | CRIMINAL NO. <u>19-3113 JB</u> |
| ) | |
| vs.        ) | |
| ) | |
| **ROBERT PADILLA, ET AL.,**       ) | |
| ) | |
| Defendant.        ) | |

<u>NOTICE OF ENTRY OF APPEARANCE</u>
<u>AND SUBSTITUTION OF COUNSEL</u>

The United States of America notifies the Court that ELAINE Y. RAMIREZ and RACHEL EAGLE, Assistant United States Attorneys, withdraw as counsel for the United States in the above matter, and in substitution therefor, MARIA Y. ARMIJO hereby enters her appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of MARIA Y. ARMIJO.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

<u>*/s/     Electronically Filed 1/17/24*</u>
MARIA Y. ARMIJO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

<u>*/s/     Electronically Filed 1/17/24*</u>
MARIA Y. ARMIJO
Assistant U.S. Attorney