IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAR 11 2024
MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            Cr. No. 19-CR-3113 JB

Robert Padilla

      Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

      The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

      I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.

_____
Defendant

_____
Attorney for Defendant

Date: March 11, 2024

Before: _____
United States Magistrate Judge