*Rev. March 14, 2023*

| PLEA MINUTE SHEET |
|---|
| **IN THE UNITED STATES DISTRICT COURT** |
| **FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)** |

| CR 19-3113 JB | UNITED STATES vs. PADILLA, et al., |
|---|---|

| **Before The Honorable Kevin R. Sweazea, United States Magistrate Judge** |
|---|

| Hearing Date: | 3/11/24 | Time In and Out: | 1:30 p.m.-1:35; 2:20-2:43 (23 min) | | |
|---|---|---|---|---|---|
| Clerk: | V. RUIZ | Digital Recording: | LC-Sierra Blanca | | |
| Defendant: | ROBERT PADILLA | Defendant's Counsel: | JOE ROMERO | | |
| AUSA: | RANDY CASTELLANO | Interpreter: | N/A | ☐ | Sworn |
| | | | | ☐ | Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of:  **Indictment** | | |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to:  **Information** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☒ | Defendant to Remain in Custody | | |
| ☐ | Present conditions of release continued | ☐ | Conditions changed to: |
| ☐ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered | ☐ | Expedited (Type III) |
| | Other Matters:  DEFENDANT ENTERS GUILTY PLEA TO COUNT 1. GOVERNMENT WILL MOVE TO DISMISS ALL OTHER COUNTS AT SENTENCING. | | |