# AMENDED PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 19-3113 JB | UNITED STATES vs. PADILLA, et al., |
|---|---|

**Before The Honorable Kevin R. Sweazea, United States Magistrate Judge**

| Hearing Date: | 3/11/24 | Time In and Out: | 1:30 p.m.-1:35; 2:20-2:43 (23 min) |
|---|---|---|---|
| Clerk: | V. RUIZ | Digital Recording: | LC-Sierra Blanca |
| Defendant: | ROBERT PADILLA | Defendant's Counsel: | JOE ROMERO |
| AUSA: | RANDY CASTELLANO | Interpreter: | N/A |

☐ Sworn
☐ Waived

- ☒ Defendant Sworn
- ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.
- ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Indictment**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued
- ☐ Conditions changed to:
- ☐ Penalty for failure to appear explained
- ☒ Presentence Report Ordered
- ☐ Expedited (Type III)

Other Matters: DEFENDANT ENTERS GUILTY PLEA TO COUNT 1. GOVERNMENT WILL MOVE TO DISMISS ALL OTHER COUNTS AT SENTENCING.