# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 19-3113-001 JB | USA vs.: PADILLA |
| Date: 6/10/2024 | Name of Deft: Robert |
| Before the Honorable: | James O. Browning |
| Time In/Out: 9:57 am – 10:02 am | Total Time in Court (for JS10): 5 minutes |
| Clerk: L. Rotonda | Court Reporter: J. Bean |
| AUSA: Maria Armijo/Randy Castellano | Defendant's Counsel: Joe Romero (appointed) |
| Sentencing in: Albuquerque | Interpreter: N/A |
| Probation Officer: Robert Sanchez | Interpreter Sworn?   Yes   No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **x** | Plea | | Verdict | As to: | Information | **x** Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: 1 | | |
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 3/11/2024 | PSR: | **x** | Not Disputed | | Disputed | Courts adopts PSR Findings | |
| Evidentiary Hrg: | | Not Needed | | Needed | Exceptions to PSR: | | |

### SENTENCE IMPOSED    Imprisonment (BOP):

| | | | |
|---|---|---|---|
| Supervised Release: | | | Probation: |
| REC | 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for    months    days |
| Comply with ICE laws and regulation | Community service for   hours during supervised release. |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house    months    days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | Comply with Computer Restriction Monitoring Program (CRMP). |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Waive right of confidentiality and allow the treatment provider to release treatment records | Restricted from occupation with access to children |
| Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | Must not go or remain within 100 feet of school yards, parks, playgrounds, arcades, or other places used primarily by children under the age of 18 years |
| Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| OTHER: | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ (applicable but not imposed) | |
| SPA: $ (100 per count) | | Payment Schedule: Due Immediately | Waived |
| OTHER: | | | |
| **x** Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement | | |
| **x** Held in Custody | Voluntary Surrender | | |
| Recommended place(s) of incarceration: | | | |
| Dismissed Counts: | | | |

| | |
|---|---|
| OTHER COMMENTS: | Court calls case, counsel enter appearances.  Court addresses Defendant regarding document prepared by Probation in matter, Defendant confirms having reviewed same.  Defense Counsel addresses the Court regarding issues with Defendant's review of PSR in instant matter, indicates that in reviewing report with Defendant, learned of the Defendant's desire to have counsel object to portions of PSR.  Indicates will be seeking continuance of hearing, moves orally for same.  AUSA Catellano indicates that government does not object to request.  Notes that if there were additional hearings in matter that government would be asking for hearings to occur in Las Cruces.  Court indicates that as matter was indicted in Albuquerque, would not require same.  Court will grant continuance.  Matter will be reset for future date by separate order of the Court. |