IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-3113 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROBERT PADILLA,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM AND
OBJECTIONS TO PRESENTENCE REPORT</u>

The United States of America moves this Court for a four-week extension of time within which to file a response to Defendant's Sentencing Memorandum and Objections to Presentence Report. As grounds, the United States asserts the following:

1. On July 17, 2024, Defendant filed his Sentencing Memorandum and Objections to Presentence Report. Doc. 865.

2. The United States' response is currently due on July 24, 2024. Undersigned counsel needs additional time within which to prepare and submit the Government's response.

3. Counsel for the defendant does not oppose the Government's motion.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States a four-week extension of time in which to file its response to Defendant's Sentencing Memorandum and Objections to Presentence Report, until August 21, 2024.

Respectfully submitted,

ALEXANDER M.M. UBALLLEZ
United States Attorney

***Electronically Filed 07/24/2024***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
RYAN G. ELLISON
Assistant U.S. Attorney s
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically Filed 07/24/2024***
MARIA Y. ARMIJO
Assistant U.S. Attorney