FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-3113 JB |
| vs. | ) |
| **ROBERT PADILLA,** | ) |
| Defendant. | ) |

### ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM AND OBJECTIONS TO PRESENTENCE REPORT

THIS MATTER having come before the Court upon the Government=s motion for a four-week extension of time within which to respond to Defendant=s Sentencing Memorandum and Objections to Presentence Report (Doc. 865) filed on July 17, 2024, and the Court having reviewed the motion and being fully advised in the premises, FINDS that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the United States shall file its response to Defendant=s Sentencing Memorandum and Objections to Presentence Report by August 21, 2024.

_____
JAMES O. BROWNING
United States District Judge