IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 19-3113 JB |
| vs. | ) | |
| **ROBERT PADILLA,** | ) | |
| Defendant. | ) | |

UNITED STATES' SECOND UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM
AND OBJECTIONS TO PRESENTENCE REPORT

The United States of America moves this Court for an additional two-week extension of time within which to file a response to Defendant's Sentencing Memorandum and Objections to Presentence Report. As grounds, the United States asserts the following:

1. On July 17, 2024, Defendant filed his Sentencing Memorandum and Objections to Presentence Report. Doc. 865.

2. On July 24, 2024, the Government filed a motion requesting a four-week extension of time to file its response, which was granted.

3. The United States' response was due on August 21, 2024.

4. Undersigned counsel needs additional time within which to prepare and submit the Government's response.

5. Counsel for the defendant does not oppose the Government's motion.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an additional two-week extension of time in which to file its response to Defendant's

Sentencing Memorandum and Objections to Presentence Report, until September 4, 2024.

        Respectfully submitted,

        ALEXANDER M.M. UBALLLEZ
        United States Attorney

        *__Electronically Filed 08/22/2024__*
        MARIA Y. ARMIJO
        RANDY M. CASTELLANO
        RYAN G. ELLISON
        Assistant U.S. Attorneys
        200 N. Church Street
        Las Cruces, NM 88001
        (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*__Electronically Filed 08/22/2024__*
MARIA Y. ARMIJO
Assistant U.S. Attorney