IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-3113 JB |
| ) | |
| ROBERT PADILLA, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

The United States of America notifies the Court that, Elaine Y. Ramírez, Assistant United States Attorney, enters her appearance as counsel for the United States in the above-captioned case.

The United States requests that all notices, pleadings, and correspondence be delivered to the attention of Elaine Y. Ramírez, Assistant United States Attorney.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed August 26, 2024*
ELAINE Y. RAMÍREZ
Assistant United States Attorney
201 Third St., NW, Suite 900
Albuquerque, NM 88102
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/
ELAINE Y. RAMÍREZ
Assistant United States Attorney