IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-3113 JB |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT PADILLA, a.k.a. "Fathead"**, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION TO DISMISS COUNTS 3-5, 11-12 AND 14-19 OF THE INDICTMENT

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss Counts 3, 4, 5, 11, 12, 14, 15, 16, 17, 18 and 19 of the Indictment filed on September 11, 2019, as to Defendant ROBERT PADILLA. As grounds, the United States provides that the defendant has pled guilty and been sentenced pursuant to a plea agreement between the parties.

Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing Counts 3-5, 11-12 and 14-19 of the Indictment filed on September 11, 2019, as to Defendant ROBERT PADILLA.

    Respectfully submitted,

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    */s/  Filed Electronically on 11/26/2024*
    MARIA Y. ARMIJO
    RANDY M. CASTELLANO
    RYAN G. ELLISON
    Assistant U.S. Attorneys
    200 N. Church Street
    Las Cruces, NM 88001
    (575) 522-2304

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/ Filed Electronically on 11/26/2024*
MARIA Y. ARMIJO
Assistant U.S. Attorney