IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. <u>19-3113 JB</u> |
| vs. | ) |
| **ROBERT PADILLA, a.k.a. "Fathead"**, | ) |
| Defendant. | ) |

<u>ORDER DISMISSING COUNTS 3-5, 11-12 AND 14-19 OF THE INDICTMENT</u>

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing Counts 3-5, 11-12 and 14-19 of the Indictment filed on September 11, 2019, in this case as to Defendant ROBERT PADILLA, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Counts 3, 4, 5, 11, 12, 14, 15, 16, 17, 18 and 19 of the Indictment filed on September 11, 2019 in this case be and hereby are dismissed as to Defendant ROBERT PADILLA, pursuant to the plea agreement entered into between the parties.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE