IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-CR-3113-JB |
| ) | |
| **ROBERT PADILLA, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

The United States of America notifies the Court that Patrick Cordova, Assistant United States Attorney, enters her appearance for the United States in the above-captioned case.

The United States requests that all notices, pleadings and correspondence also be delivered to the attention of Rachel Eagle, Assistant United States Attorney.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*Electronically filed on January 28, 2025*
RACHEL EAGLE
201 Third Street NW, Suite 900
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/
Rachel Eagle
Assistant United States Attorney