IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-CR-3113-JB |
| | ) |
| **ROBERT PADILLA, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

    The United States of America notifies the Court that Rachel Eagle, Assistant United States Attorney, enters her appearance for the United States in the above-captioned case.

    The United States requests that all notices, pleadings and correspondence also be delivered to the attention of Rachel Eagle, Assistant United States Attorney.

                                      Respectfully submitted,

                                      ALEXANDER M. M. UBALLEZ
                                      United States Attorney

                                      *Electronically filed on January 29, 2025*
                                      RACHEL EAGLE
                                      201 Third Street NW, Suite 900
                                      Post Office Box 607
                                      Albuquerque, NM 87102
                                      (505) 346-7274

## CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

    /s/
Rachel Eagle
Assistant United States Attorney